AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:19-mj-00023-SAO |
| JESSICA JOYCE SPAYD, | ) | |
| Defendant(s) | ) | |

RECEIVED
OCT 08 2019
Clerk, U.S. District Court
Fairbanks, AK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __From 01/01/2014 - Present__ in the county of __the United States__ in the _____ District of __ALASKA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Nurse Practitioner JESSICA JOYCE SPAYD, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional distribution and dispensing of controlled substances, including, oxycodone, methadone, hydromorphone, diazepam, and tramadol. On 12/22/2015, the methadone and hydromorphone prescribed by SPAYD resulted in the overdose death of Deceased Patient 2. On 2/7/2016, the oxycodone, methadone, and diazepam prescribed by SPAYD resulted in the overdose death of Deceased Patient 1. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Charles E. Flockhart
*Complainant's signature*

Charles E. Flockhart
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/08/2019

Judge's signature

City and state: Fairbanks, Alaska

Scott A. Oravec, United States Magistrate Judge
*Printed name and title*