# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    Case Number: 4:19-MJ-00023-SAO |
| vs. | ) |
| | ) |
| JESSICA JOYCE SPAYD | ) |

## ORDER OF TEMPORARY DETENTION AND SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows.

| Place: 222 w. 7TH Avenue Anchorage, Alaska | Courtroom No.: 4 |
|---|---|
| | Date and Time: 10/18/2019 1:30:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/10/2019

_____
Judge's signature

Deborah M. Smith, Chief United States Magistrate Judge
*Printed name and title*